Argued and submitted January 5, convictions affirmed; sentences vacated; case remanded for resentencing February 2, 2005

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM CLARENCE NORTON,
*Appellant.*

02CR0470; A119324

105 P3d 915

James N. Varner argued the cause and filed the briefs for appellant.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. With her on the briefs were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Ortega, Judge, and Ceniceros, Judge pro tempore.

PER CURIAM

Convictions affirmed; sentences vacated; case remanded for resentencing. *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004).